UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KM AND TM PARENTS,

    Plaintiff,

v.

LOS GATOS UNION SCHOOL DISTRICT,

    Defendant.

Case No. 14-cv-03520-BLF

**CASE MANAGEMENT ORDER**

On January 15, 2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT this case is referred to Magistrate Judge Paul S.
6 Grewal for Settlement.
7    IT IS FURTHER ORDERED THAT the Parties are to meet, confer and file a stipulated
8 schedule regarding the anticipated Administrative Motion Hearing.
9    IT IS FURTHER ORDERED THAT the stipulated schedule is due 2 weeks prior to
10 hearing date.

Dated:  January 15, 2015

_____
BETH LABSON FREEMAN
United States District Judge