UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KM AND TM PARENTS,<br><br>    Plaintiff,<br><br>   v.<br><br>LOS GATOS UNION SCHOOL DISTRICT,<br><br>    Defendant. | Case No. 14-cv-03520-BLF<br><br>**AMENDED CASE MANAGEMENT ORDER** |

On January 15, 2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

1  IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2  are referred to the assigned Magistrate Judge.

3  IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4  orders, which are available on the Court's website and in the Clerk's Office.

5  IT IS FURTHER ORDERED THAT this case is referred to Magistrate Judge Paul S.
6  Grewal for Settlement.

7  IT IS FURTHER ORDERED THAT the Defendant may file an administrative motion
8  seeking leave to submit the entire administrative record.  Opposition may be filed in accordance
9  with the court's local rules regarding administrative motions.  The Motion shall be submitted to
10 Judge Freeman for decision without oral argument.

Dated:  January 28, 2015

_____
BETH LABSON FREEMAN
United States District Judge